December 16, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY, Appellant

NO. 14-13-00048-CV                                   V.

ASHLEE ELIZABETH PAGAN, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Ashlee Elizabeth Pagan, signed September 11, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Farmers Texas County Mutual Insurance Company, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.